**2014–0963.   Rural Health Collaborative of S. Ohio, Inc. v. Testa.**
Board of Tax Appeals, No. 2012–3421. This cause is pending before the court as an appeal from the Board of Tax Appeals.

Upon consideration of appellee's motion for oral argument before the full court, it is ordered by the court that the motion is denied.